UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X

| | | |
|---|---|---|
| Courtney Forbes | **Plaintiff** | Docket No. 10-5427 |
| -against- | | |
| Creditors Financial Group, LLC | **Defendant** | |

_____

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

**S/ JOSEPH MAURO**          5/26/2011
Joseph M. Mauro             Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

**S/ ARTHUR SANDERS**         5/26/2011
Arthur Sanders, Esq.         Date
Mel S. Harris & Associates, LLC
5 Hanover Square  8th Floor
New York, NY 10004